

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-16-2012

# USA v. Dwight Turlington

Precedential or Non-Precedential: Precedential

Docket No. 11-2586

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Dwight Turlington" (2012). *2012 Decisions.* Paper 226.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/226

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 26, 2012

No. 11-2586

UNITED STATES OF AMERICA

v.

DWIGHT TURLINGTON,
Appellant

(D.N.J. No. 02-cr-00673-005)

Present:  SLOVITER, RENDELL and HARDIMAN, <u>Circuit Judges</u>

1. Motion by Appellee to Re-Issue Non-Precedential Opinion as Precedential
   Opinion;

2. Letter dated 10/4/12 filed pursuant to Rule 28(j) in Support of Motion to
   Re-Issue Non-Precedential Opinion as Precedential Opinion.

Respectfully,
Clerk/MB

_____ORDER_____
The foregoing motion is hereby GRANTED.

By the Court,


<u>/s/Marjorie O. Rendell</u>
Circuit Judge


Dated:        October 16, 2012
MB/cc:        Mark E. Coyne, Esq.
              John A. Klamo, Esq.